# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 25-MJ-729 JMR | UNITED STATES vs. Wagner | |
| Hearing Date: | Wednesday, April 16, 2025 | Time In and Out: | 10:37 a.m./11:29 a.m. 11:47 a.m./1:20 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Jamison R. Wagner | Defendant's Counsel: | Noah Gelb |
| AUSA: | Maria Stiteler & Nicholas Mote | Pretrial/Probation: | George Rodriguez |
| Interpreter: | N/A | Witness: | William Yu, Special Agent Federal Bureau of Investigation |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain          ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause          ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☒ The Government moves for detention; FPD-proffers for release; AUSA N. Mote-proffers for detention; FPD-responds; Court-findings

### Custody Status

- ☒ Defendant to remain in custody
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Government calls FBI Special Agent William Yu, sworn; direct by AUSA Stiteler, Exhibits 1 through 11 published and admitted (keeping Exhibit 8 under seal); cross-examination by Noah Gelb; FPD moves to disclose reports under Rule 26.2; (11:25:02-11:28:55 sealed bench conference); 11:29-11:47 court in recess;(11:47:34-11:53:00 sealed bench conference)  11:53:31 cross-examination resumes; (12:10:36-12:11:49 sealed bench conference) 12:11:55 cross examination resumes; FPD requests production of witness's written communication (emails and text messages) regarding this case; Court denies request; FPD renews motion for production of Agent Yu's emails and text messages; AUSA responds; Court finds these particular statements need not be produced for today's hearing; redirect by AUSA Stiteler; witness is excused; AUSA Stiteler argues for probable cause; FPD-argues against probable cause; court-questions; FPD-responds; Court-findings, court finds probable cause.