FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 24 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-881 KWR |
| vs. | ) Counts 1-2: 18 U.S.C. § 844(i): Arson; |
| **JAMISON R. WAGNER**, | ) Counts 3-9: 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871: Possession of a Destructive Device Not Registered with the National Firearms Registration and Transfer Record. |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about February 9, 2025, in Sandoval County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, at least one vehicle and other real and personal property used in interstate and foreign commerce and used in any activity affecting interstate and foreign commerce; to wit: a Tesla, Model Y, VIN 7SAYGDEE1PA041727, and a Tesla, Model Y, VIN 5YJYGDEF4MF093227, located at and near the Tesla Albuquerque Showroom, a building located on Jemez Canyon Dam Rd. in Bernalillo, New Mexico.

In violation of 18 U.S.C. § 844(i).

Count 2

On or about March 30, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a building and other real and personal

property used in interstate and foreign commerce and used in any activity affecting interstate and foreign commerce; to wit: the Republican Party of New Mexico office, a building located on San Francisco Rd. NE in Albuquerque, New Mexico.

In violation of 18 U.S.C. § 844(i).

## Count 3

On or about April 12, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, knowingly possessed a firearm, to wit: an incendiary bomb or similar device, that is a destructive device as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1)(A), and (f)(1)(F), further described as ATF Item #54, that was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871.

## Count 4

On or about April 12, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, knowingly possessed a firearm, to wit: an incendiary bomb or similar device, that is a destructive device as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1)(A), and (f)(1)(F), further described as ATF Item #55, that was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871.

## Count 5

On or about April 12, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, knowingly possessed a firearm, to wit: an incendiary bomb or similar device, that is a destructive device as defined in 26 U.S.C. §§ 5845(a)(8),

(f)(1)(A), and (f)(1)(F), further described as ATF Item #56, that was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871.

## Count 6

On or about April 12, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, knowingly possessed a firearm, to wit: an incendiary bomb or similar device, that is a destructive device as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1)(A), and (f)(1)(F), further described as ATF Item #57, that was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871.

## Count 7

On or about April 12, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, knowingly possessed a firearm, to wit: an incendiary bomb or similar device, that is a destructive device as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1)(A), and (f)(1)(F), further described as ATF Item #58, that was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871.

## Count 8

On or about April 12, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, knowingly possessed a firearm, to wit: an incendiary bomb or similar device, that is a destructive device as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1)(A), and (f)(1)(F), further described as ATF Item #59, that was not registered to the

defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871.

### Count 9

On or about April 12, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **JAMISON R. WAGNER**, knowingly possessed a firearm, to wit: an incendiary bomb or similar device, that is a destructive device as defined in 26 U.S.C. §§ 5845(a)(8), (f)(1)(A), and (f)(1)(F), further described as ATF Item #60, that was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(8), 5861(d) and 5871.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney